(October 8, 1954.)

In the Matter of ANTHONY J. SINICROPI, Appellant, against KENNETH CAR-
ROAD et al., Respondents.— Order unanimously affirmed, without costs. No
opinion. Leave to appeal to the Court of Appeals granted. Present — Nolan,
P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

(October 11, 1954.)

In the Matter of LEON M. FREED, Appellant, against SONIA FREED, Respondent.
— Motion referred to the court that rendered the decision. Present — Nolan,
P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied,
without costs. Motion for leave to appeal to the Court of Appeals denied.
Motion for stay denied, without costs. Present — Nolan, P. J., Adel, Schmidt
and Beldock, JJ.; Murphy, J., not voting. [See ante, p. 892.]

In the Matter of JOHN SINCERBEAUX, Petitioner, against FRANK T. HANLON,
as Commissioner of Public Safety of the City of White Plains, Respondent.—
Motion referred to the court that rendered the decision. Present — Nolan, P. J.,
Wenzel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied,
without costs. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ.
[See 282 App. Div. 960.]

MYRON AFFRON, Respondent, v. G. JOANNOU CYCLE Co., INC., Appellant.
G. JOANNOU CYCLE Co., INC., Appellant, v. MYRON AFFRON, Respondent.—
Order directing that an action pending in the Supreme Court, New York County,
be consolidated with an action pending in the Supreme Court, Orange County,
affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel,
Schmidt, Beldock and Murphy, JJ., concur.

BERNARD DAMSKY, Respondent, v. MORRIS SCHULMAN, Appellant.— In an
action to recover damages for personal injuries suffered as a result of defend-
ant's negligent operation of his automobile, defendant appeals from (1) an
order denying his motion to examine plaintiff before trial and (2) from an
order upon reargument adhering to the original decision. Order on reargument
affirmed, without costs. No opinion. Appeal from original order dismissed,
without costs. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

KATHERINE S. ELLSWORTH et al., as Administrators of the Estate of BERNICE
E. PULVER, Deceased, Appellants, v. LEO J. COUTURE, JR., et al., Respondents.—
In an action to recover damages for personal injuries sustained by plaintiffs'
intestate and for her death as a result thereof, plaintiffs appeal from a judg-
ment dismissing the complaint on motion of defendants at the close of plaintiffs'
case. Judgment unanimously affirmed, with costs. No opinion. Present —
Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ.